# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert P. Baca, derivatively on behalf of Nominal Defendant Insight Enterprises, Inc., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Timothy A. Crown, et al., <br><br>　　　　Defendant(s), <br><br>　and <br><br>Insight Enterprises, Inc., a Delaware corporation, <br><br>　　　　Nominal Defentant. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** <br><br> CV 09-1283-PHX-SRB |

___　Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_　Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 12, 2010, granting Nominal Defendant's Motion to Dismiss Second Amended Complaint. This action is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　RICHARD H. WEARE
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

July 12, 2010
　　　　　　　　　　　　　　　　　　　　s/Kathy Gerchar
　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk

cc: (all counsel)